UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FERNANDO R. JIMENEZ, ) | |
| ) | 3:05-cv-00638-LRH-RAM |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| GREG COX, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court is Plaintiff's Objections to CD 62 Pursuant to FRCP 72(a) and 28 U.S.C. § 636(A) and Motion to Alter or Amend CD 62 Pursuant to FRCP 59(e) (#65[1]), which the court will treat as an opposition to the Magistrate's Order.

The Court has conducted its review in this case, has fully considered the Plaintiff's opposition, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#62) will, therefore, be sustained.

IT IS SO ORDERED.

DATED this 14th day of September, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.