1
2
3
4
5
6                             UNITED STATES DISTRICT COURT
7                                    DISTRICT OF NEVADA
8                                          * * * * *
9   FERNANDO R. JIMENEZ,                   )
                                            )   3:05-cv-00638-LRH-RAM
10                    Plaintiff,            )
                                            )   ORDER
11  vs.                                     )
                                            )
12  GREG COX, et al.,                       )
                                            )
13                    Defendants.           )
                                            )
14

15      Before this court is Report and Recommendation of U.S. Magistrate Robert A. McQuaid,

16  Jr. (#89[1]) entered on February 15, 2008, recommending denying Plaintiff's Motion for Court to

17  Apply the Unconstitutional Conditions Doctrine to all Counts in the Second Amended Complaint

18  (#58), denying Plaintiff's Motion for Court to Apply FRCP 10(c) to all Exhibits Relating to All

19  Pleadings (#85), and granting in part and denying in part Defendants' Motion for Summary

20  Judgment (#30). Defendants filed their Objections to U.S. Magistrate Judge's Report and

21  Recommendation (#96) on March 17, 2008, Plaintiff filed his Objections to Magistrate Judge's

22  Report and Recommendation (#98) on March 19, 2008, and his response to Defendants'

23  Objections (#99) on March 31, 2008, and Defendants filed their response to Plaintiff's

24  Objections (#103) on April 4, 2008, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of

25  the Rules of Practice of the United States District Court for the District of Nevada

26      The court has conducted its *de novo* review in this case, has fully considered the

27  objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters

28

---

[1] Refers to court's docket number.

1  of record pursuant to 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2.  The court determines that the
2  Magistrate Judge's Report and Recommendation (#89) entered on February 15, 2008, should be
3  adopted and accepted in the following parts:
4        The Magistrate Judge's Report and Recommendation (#89) entered on February 15, 2008,
5  is ADOPTED and ACCEPTED with respect to the denial of Plaintiff's Motion for Court to Serve
6  and Process 18 U.S.C. § 242 and 28 U.S.C. § 1442(a)(1) Notices for Federal Prosecution of all
7  Named Defendants (#43);
8        The Magistrate Judge's Report and Recommendation (#89) entered on February 15, 2008,
9  is ADOPTED and ACCEPTED with respect to the denial of Plaintiff's Motion for Court to
10 Apply the Unconstitutional Conditions Doctrine to all Counts in the Second Amended Complaint
11 (#58); and
12       The Magistrate Judge's Report and Recommendation (#89) entered on February 15, 2008,
13 is ADOPTED and ACCEPTED with respect to denying Plaintiff's Motion for Court to Apply
14 FRCP 10(c) to All Exhibits Relating to All Pleadings (#85).
15       IT IS SO ORDERED.
16       Remaining before the court is the Magistrate Judge's Report and Recommendation (#89)
17 entered on February 15, 2008, with respect to Defendants' Motion for Summary Judgment (#30).
18 The court anticipates a ruling upon the motion in the near future.
19       DATED this 30th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE