AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF     NEVADA

FERNANDO R. JIMENEZ

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: **3:05-CV-00638-LRH-RAM**

GREG COX et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#30) is GRANTED.


   January 9, 2009                         **LANCE S. WILSON**
                                                                      Clerk

                                                                D. R. Morgan
                                                                 Deputy Clerk