UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| FERNANDO R. JIMINEZ, | ) | 3:05-cv-00638-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 10, 2012 |
| GREG COX, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' Unopposed Motion for Extension of Time to File Joint Pretrial Order [Second Request]. (Doc. #135.) Defendants seek a thirty (30) day extension of time to and including November 9, 2012, to file the Joint Pretrial Order.

Good cause appearing, Defendants' unopposed motion (Doc. #135) is **GRANTED** and the parties may have **up to and including November 9, 2012**, to file the Joint Pretrial Order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk