___ RECEIVED
___ ENTERED   ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

JAN 0 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO R. JIMENEZ, | CASE NO. 3:05-CV-638-LRH-WGC |
| Plaintiff, | ORDER |
| vs. | |
| GREG COX, et al., | |
| Defendant. | |

This case is currently scheduled for trial on the stacked calendar of March 12, 2013.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 2nd day of Jan., 2013.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE

✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

JAN 0 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY